1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  BRIGID S. MARTIN (CSBN 231705)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7129
7  Facsimile: (415) 436-7234
   Email: brigid.martin2@usdoj.gov
8
9  Attorneys for Plaintiff

FILED
JUL 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3-07-70432 JL NJV |
| Plaintiff, | UNITED STATES' MOTION TO SEAL NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES AND ATTACHED CRIMINAL COMPLAINT |
| v. | |
| ANGELITO ERMITA ALIX, | |
| Defendant. | |

The government hereby moves the Court for an Order sealing the Notice of Proceedings on Out-of-District Criminal Charges and attached Criminal Complaint in the captioned matter, until further order of the Court. The Complaint in this matter is currently filed Under Seal in the Central District of California. The government believes that disclosure of the information

//
//
//
//

Motion and [Proposed] Order                    1

1  contained in the Notice and Complaint may jeopardize the progress of an ongoing investigation.

2

3  DATED: June 20, 2007                              Respectfully Submitted,

4                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
5
6                                                    _____
                                                     BRIGID S. MARTIN
7                                                    Special Assistant United States Attorney

8

9                                        **ORDER**

10  Based upon the motion of the Government and for good cause shown, IT IS HEREBY

11  ORDERED that the government's motion, the Notice of Proceedings on Out-of-District Criminal

12  Charges and attached Complaint, and this Sealing Order shall be sealed until further order of the

13  Court, except that the government may obtain copies of any such sealed documents from the

14  Court as may be necessary during the investigation and prosecution of the case.

15

16

17  DATED: 7/20/07                                   _____
                                                     HON. NANDOR J. VADAS
18                                                   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

Motion and [Proposed] Order                                                                    2