1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  BRIGID S. MARTIN (CSBN 231705)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7129
7     Facsimile: (415) 436-7234
      Email: brigid.martin2@usdoj.gov
8
   Attorneys for Plaintiff

**FILED**

JUL 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,            )  CR No. 3-07-70432
                                     )
      Plaintiff,                     )  UNITED STATES' MOTION TO UNSEAL
                                     )  NOTICE OF PROCEEDINGS ON OUT-OF-
      v.                             )  DISTRICT CRIMINAL CHARGES AND
                                     )  ATTACHED CRIMINAL COMPLAINT, AND
ANGELITO ERMITA ALIX,                )  [PROPOSED] ORDER
                                     )
      Defendant.                     )
_____)

   The government hereby moves the Court for an Order unsealing for all purposes the Notice of Proceedings on Out-of-District Criminal Charges and attached criminal Complaint in the captioned matter. The defendant has been apprehended and the Complaint has been unsealed in the Central District of California, where it was initially filed, and therefore, its disclosure in this

//
//
//

MOT. TO UNSEAL AND [PROPOSED] ORDER
3-07-70432 JL

1  District will no longer jeopardize any continuing investigation or effort to apprehend Mr. Alix.

2

3

4  DATED: July 30, 2007                                Respectfully Submitted,

5                                                      SCOTT N. SCHOOLS
                                                       United States Attorney
6

7                                                      _____
                                                       BRIGID S. MARTIN
8                                                      Special Assistant United States Attorney

9

10                              [PROPOSED] ORDER

11      Based upon the motion of the Government and for good cause shown, IT IS HEREBY

12  ORDERED that the Notice of Proceedings on Out-of-District Criminal Charges and attached

13  criminal Complaint in the captioned matter shall be unsealed for all purposes.

14

15  DATED: 7-31-07                                     _____
                                                       JAMES LARSON
16                                                     United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

MOT. TO UNSEAL AND [PROPOSED] ORDER
3-07-70432 JL                                2